| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 5058159 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 03/16/2017
Period Ending: 03/31/2017
Pay Date: 03/31/2017

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 1                 Federal:
  State: 0                   State:
  Local: 0                   Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1925.00 | 11338.61 |
| Gross Pay | | | $1,925.00 | $11,338.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.36 | 1112.99 |
| Social Security | -112.67 | 662.88 |
| Medicare | -26.35 | 155.03 |
| Pennsylvania State Income | -58.49 | 344.44 |
| Pennsylvania State UI | -1.35 | 7.94 |
| Pittsburgh C Local Income | -19.05 | 112.19 |
| Pittsburgh City - PT Local | -2.17 | 13.02 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -154.00 | 907.08 |
| *Dental pre-tax | -19.84 | 119.04 |
| *EE Paid Parking | -88.00 | 528.00 |
| Wage assignment 1 | 0.00 | 76.00 |

| Net Pay | | $1,252.72 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1252.72 |

Your federal taxable wages this period are $1,663.16
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date: 03/31/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1252.72 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 5010561 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 03/01/2017
Period Ending: 03/15/2017
Pay Date: 03/15/2017

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 1                Federal:
  State: 0                  State:
  Local: 0                  Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1925.00 | 9413.61 |
| Gross Pay | | | $1,925.00 | $9,413.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.36 | 922.63 |
| Social Security | -112.66 | 550.21 |
| Medicare | -26.35 | 128.68 |
| Pennsylvania State Income | -58.49 | 285.95 |
| Pennsylvania State UI | -1.35 | 6.59 |
| Pittsburgh C Local Income | -19.05 | 93.14 |
| Pittsburgh City - PT Local | -2.17 | 10.85 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -154.00 | 753.08 |
| *Dental pre-tax | -19.84 | 99.20 |
| *EE Paid Parking | -88.00 | 440.00 |
| Wage assignment 1 | 0.00 | 76.00 |

| | | |
|---|---|---|
| Net Pay | | $1,252.73 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1252.73 |

Your federal taxable wages this period are $1,663.16
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    03/15/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1252.73 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4951163 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 02/16/2017
Period Ending: 02/28/2017
Pay Date: 02/28/2017

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
 Federal: 1                   Federal:
 State: 0                     State:
 Local: 0                     Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1925.00 | 7488.61 |
| Gross Pay | | | $1,925.00 | $7,488.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.36 | 732.27 |
| Social Security | -112.66 | 437.55 |
| Medicare | -26.35 | 102.33 |
| Pennsylvania State Income | -58.49 | 227.46 |
| Pennsylvania State UI | -1.35 | 5.24 |
| Pittsburgh C Local Income | -19.05 | 74.09 |
| Pittsburgh City - PT Local | -2.17 | 8.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -154.00 | 599.08 |
| *Dental pre-tax | -19.84 | 79.36 |
| *EE Paid Parking | -88.00 | 352.00 |
| Wage assignment 1 | 0.00 | 76.00 |

| Net Pay | $1,252.73 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1252.73 |

Your federal taxable wages this period are $1,663.16
* Excluded from Federal taxable wages

---

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date: 02/28/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1252.73 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4930403 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 02/01/2017
Period Ending: 02/15/2017
Pay Date: 02/15/2017

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
 Federal: 1                    Federal:
 State:   0                    State:
 Local:   0                    Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1925.00 | 5563.61 |
| Gross Pay | | | $1,925.00 | $5,563.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.36 | 541.91 |
| Social Security | -112.67 | 324.89 |
| Medicare | -26.35 | 75.98 |
| Pennsylvania State Income | -58.49 | 168.97 |
| Pennsylvania State UI | -1.34 | 3.89 |
| Pittsburgh C Local Income | -19.05 | 55.04 |
| Pittsburgh City - PT Local | -2.17 | 6.51 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -154.00 | 445.08 |
| *Dental pre-tax | -19.84 | 59.52 |
| *EE Paid Parking | -88.00 | 264.00 |
| Wage assignment 1 | -76.00 | 76.00 |

| Net Pay | | $1,176.73 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1176.73 |

Your federal taxable wages this period are $1,663.16
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date: 02/15/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1176.73 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4887778 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**   ADP

Period Starting: 01/16/2017
Period Ending: 01/31/2017
Pay Date: 01/31/2017

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal: 1               Federal:
  State: 0                 State:
  Local: 0                 Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1962.50 | 3638.61 |
| Regular | 22.2100 | 2.25 | 49.97 | |
| Gross Pay | | | $2,012.47 | $3,638.61 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -202.43 | 351.55 |
| Social Security | -118.09 | 212.22 |
| Medicare | -27.61 | 49.63 |
| Pennsylvania State Income | -61.17 | 110.48 |
| Pennsylvania State UI | -1.41 | 2.55 |
| Pittsburgh C Local Income | -19.93 | 35.99 |
| Pittsburgh City - PT Local | -2.17 | 4.34 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -160.99 | 291.08 |
| *Dental pre-tax | -19.84 | 39.68 |
| *EE Paid Parking | -88.00 | 176.00 |

| Net Pay | | $1,310.83 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 2.25 | 2.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1310.83 |

Your federal taxable wages this period are $1,743.64
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date: 01/31/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1310.83 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4838758 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:    01/01/2017
Period Ending:     01/15/2017
Pay Date:                01/13/2017

Taxable Marital Status:    Single
Exemptions/Allowances:         Tax Override:
  Federal:    1                  Federal:
  State:      0                  State:
  Local:      0                  Local:
Social Security Number:    XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 1626.14 | 1626.14 |
| Gross Pay | | | $1,626.14 | $1,626.14 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -149.12 | 149.12 |
| Social Security | -94.13 | 94.13 |
| Medicare | -22.02 | 22.02 |
| Pennsylvania State Income | -49.31 | 49.31 |
| Pennsylvania State UI | -1.14 | 1.14 |
| Pittsburgh C Local Income | -16.06 | 16.06 |
| Pittsburgh City - PT Local | -2.17 | 2.17 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -130.09 | 130.09 |
| *Dental pre-tax | -19.84 | 19.84 |
| *EE Paid Parking | -88.00 | 88.00 |

Net Pay    $1,054.26

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1054.26 |

Your federal taxable wages this period are $1,388.21
* Excluded from Federal taxable wages

---

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    01/13/2017

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1054.26 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4791029 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:  12/16/2016
Period Ending:   12/31/2016
Pay Date:        12/30/2016

Taxable Marital Status:     Single
Exemptions/Allowances:      Tax Override:
  Federal:    1               Federal:
  State:      0               State:
  Local:      0               Local:
Social Security Number:     XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 1713.26 | 44951.52 |
| Overtime | | | 0.00 | 98.01 |
| Gross Pay | | | $1,713.26 | $45,049.53 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -161.56 | 5115.21 |
| Social Security | -99.54 | 2752.64 |
| Medicare | -23.28 | 643.76 |
| Pennsylvania State Income | -51.99 | 1368.47 |
| Pennsylvania State UI | -1.20 | 31.54 |
| Pittsburgh C Local Income | -16.93 | 445.79 |
| Pittsburgh City - PT Local | -2.09 | 52.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -137.06 | 1222.72 |
| *Dental pre-tax | -19.84 | 476.16 |
| *EE Paid Parking | -88.00 | 176.00 |

| Net Pay | $1,111.77 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1111.77 |

Your federal taxable wages this period are $1,468.36
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:   12/30/2016

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1111.77 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4751460 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:  12/01/2016
Period Ending:   12/15/2016
Pay Date:        12/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal: 1                    Federal:
  State:   0                    State:
  Local:   0                    Local:
Social Security Number:    XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1713.26 | 43238.26 |
| Overtime |  |  | 0.00 | 98.01 |
| Gross Pay |  |  | $1,713.26 | $43,336.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -161.56 | 4953.65 |
| Social Security | -99.54 | 2653.10 |
| Medicare | -23.28 | 620.48 |
| Pennsylvania State Income | -51.99 | 1316.48 |
| Pennsylvania State UI | -1.19 | 30.34 |
| Pittsburgh C Local Income | -16.93 | 428.86 |
| Pittsburgh City - PT Local | -2.17 | 49.91 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -137.06 | 1085.66 |
| *Dental pre-tax | -19.84 | 456.32 |
| *EE Paid Parking | -88.00 | 88.00 |

| Net Pay |  | $1,111.70 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1111.70 |

Your federal taxable wages this period are $1,468.36
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    12/15/2016

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1111.70 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4693395 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:  11/16/2016
Period Ending:   11/30/2016
Pay Date:        11/30/2016

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 1                    Federal:
  State:   0                    State:
  Local:   0                    Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1887.50 | 41525.00 |
| Overtime |  |  | 0.00 | 98.01 |
| Gross Pay |  |  | $1,887.50 | $41,623.01 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 4792.09 |
| Social Security | -115.79 | 2553.56 |
| Medicare | -27.08 | 597.20 |
| Pennsylvania State Income | -57.34 | 1264.49 |
| Pennsylvania State UI | -1.33 | 29.15 |
| Pittsburgh C Local Income | -18.68 | 411.93 |
| Pittsburgh City - PT Local | -2.17 | 47.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 948.60 |
| *Dental pre-tax | -19.84 | 436.48 |

Net Pay        $1,343.60

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.60 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    11/30/2016

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.60 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4653940 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 11/01/2016
Period Ending: 11/15/2016
Pay Date: 11/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 1          Federal:
  State: 0            State:
  Local: 0            Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1887.50 | 39637.50 |
| Overtime | | | 0.00 | 98.01 |
| Gross Pay | | | $1,887.50 | $39,735.51 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 4584.79 |
| Social Security | -115.79 | 2437.77 |
| Medicare | -27.08 | 570.12 |
| Pennsylvania State Income | -57.34 | 1207.15 |
| Pennsylvania State UI | -1.32 | 27.82 |
| Pittsburgh C Local Income | -18.68 | 393.25 |
| Pittsburgh City - PT Local | -2.17 | 45.57 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 854.23 |
| *Dental pre-tax | -19.84 | 416.64 |

Net Pay    $1,343.61

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.61 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

---

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    11/15/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1343.61 |

THIS IS NOT A CHECK

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4611430 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:  10/16/2016
Period Ending:   10/31/2016
Pay Date:        10/31/2016

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:   1              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number:    XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1887.50 | 37750.00 |
| Overtime | | | 0.00 | 98.01 |
| **Gross Pay** | | | **$1,887.50** | **$37,848.01** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 4377.49 |
| Social Security | -115.80 | 2321.98 |
| Medicare | -27.08 | 543.04 |
| Pennsylvania State Income | -57.34 | 1149.81 |
| Pennsylvania State UI | -1.32 | 26.50 |
| Pittsburgh C Local Income | -18.68 | 374.57 |
| Pittsburgh City - PT Local | -2.17 | 43.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 759.86 |
| *Dental pre-tax | -19.84 | 396.80 |

| Net Pay | | $1,343.60 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.60 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    10/31/2016

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1343.60 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4566375 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting: 10/01/2016
Period Ending: 10/15/2016
Pay Date: 10/14/2016

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal: 1                Federal:
  State: 0                  State:
  Local: 0                  Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1887.50 | 35862.50 |
| Overtime |  |  | 0.00 | 98.01 |
| Gross Pay |  |  | $1,887.50 | $35,960.51 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 4170.19 |
| Social Security | -115.79 | 2206.18 |
| Medicare | -27.08 | 515.96 |
| Pennsylvania State Income | -57.34 | 1092.47 |
| Pennsylvania State UI | -1.32 | 25.18 |
| Pittsburgh C Local Income | -18.68 | 355.89 |
| Pittsburgh City - PT Local | -2.17 | 41.23 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 665.49 |
| *Dental pre-tax | -19.84 | 376.96 |

Net Pay   $1,343.61

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.61 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    10/14/2016

THIS IS NOT a CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1343.61 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4525364 | 1 of 1 | | ADP |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Period Starting: 09/16/2016
Period Ending: 09/30/2016
Pay Date: 09/30/2016

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 1           Federal:
 State: 0             State:
 Local: 0             Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1887.50 | 33975.00 |
| Overtime | | 0.00 | 0.00 | 98.01 |
| Gross Pay | | | $1,887.50 | $34,073.01 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 3962.89 |
| Social Security | -115.80 | 2090.39 |
| Medicare | -27.08 | 488.88 |
| Pennsylvania State Income | -57.34 | 1035.13 |
| Pennsylvania State UI | -1.33 | 23.86 |
| Pittsburgh C Local Income | -18.68 | 337.21 |
| Pittsburgh City - PT Local | -2.17 | 39.06 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 571.12 |
| *Dental pre-tax | -19.84 | 357.12 |

Net Pay    $1,343.59

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.59 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:    09/30/2016

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0069 | XXXXXXXXX | 1343.59 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / NWM 21247893 | 01/ | 4478766 | 1 of 1 |

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

**Earnings Statement**

ADP

Period Starting:  09/01/2016
Period Ending:   09/15/2016
Pay Date:        09/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
 Federal:  1                     Federal:
 State:    0                     State:
 Local:    0                     Local:
Social Security Number: XXX-XX-XXXX

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1887.50 | 32087.50 |
| Overtime |  |  | 0.00 | 98.01 |
| Gross Pay |  |  | $1,887.50 | $32,185.51 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.30 | 3755.59 |
| Social Security | -115.79 | 1974.59 |
| Medicare | -27.08 | 461.80 |
| Pennsylvania State Income | -57.34 | 977.79 |
| Pennsylvania State UI | -1.32 | 22.53 |
| Pittsburgh C Local Income | -18.68 | 318.53 |
| Pittsburgh City - PT Local | -2.17 | 36.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.37 | 476.75 |
| *Dental pre-tax | -19.84 | 337.28 |

| Net Pay |  | $1,343.61 |  |
|---|---|---|---|

| Deposits | | | |
|---|---|---|---|
| account number | transit/ABA | | amount |
| XXXXXX0069 | XXXXXXXXX | | 1343.61 |

Your federal taxable wages this period are $1,773.29
* Excluded from Federal taxable wages

DELL MOSER LANE & LOUGHNEY LLC
112 WASHINGTON PLACE
PITTSBURGH, PA 15219

Pay Date:   09/15/2016

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0069 | XXXXXXXXX | 1343.61 |

Jacqueline A Graham
2066 Guinever Drive
North Huntingdon, PA 15642-4410