

# Law Care

David A. Colecchia, Esquire, Kelly A. Balog, Esquire
Justin P. Schantz, Esquire
Main Office – Greensburg   Meetings available in Indiana, Johnstown, and Somerset
*a debt relief agency*

## CRIMINAL FEE AGREEMENT

Made this _April_ day of _7_, 201_7_

between Attorney _Colecchia_ and this law firm, LAW CARE ®

and _Jacqueline Graham_, hereinafter referred to as client.

Client hereby agrees to retain the services of Attorney _Colecchia_

for representation concerning the following criminal matter(s):

Case Number: _____

Court Filed: _____

County/District Filed: _Wilmington DF_

Charges: _1) Distribution of a controlled substance_

In consideration for such representation client agrees to:

1) Pay Attorney _Colecchia_ a retainer of:
$ _7,500_ by _____ day of _____, 201_.

2) Pay Attorney _Colecchia_ and this law firm for all billable hours due on the above matters at the rate of $ _300_ per hour for Attorney _Colecchia_, Jr. Attorney _Schantz_, rate of $ _285_ per hour and $ _95_ per hour for Paralegal work. Billable hours are those hours Attorney _Colecchia_ expends in the prosecution of the case and include and are not _Schantz staff_

324 South Maple Ave., Greensburg, PA 15601-3219
724-837-2320 or 1-888-LAW-CARE Fax: 724-837-0602
www.lawcaresouthwesternpaattorneys.com Email: colecchia542@comcast.net

limited to travel time, telephone calls, time researching the legal issues in the case, time preparing legal motions and briefs, in court time, out of court time, time spent meeting with Attorney _Colecchia/Scott_, and any other time reasonable and necessary for the furtherance of the client's legal interests.

3) In addition, client further agrees to pay all administrative expenses and litigation costs when due. Administrative expenses include and are not limited to copying costs, tolls, parking, and mileage if necessary. Litigation costs include and are not limited to expert witness fees, filing fees, service costs, subpoena costs, transcript costs, etc. *If you are paying with a credit card, you will be charged a 2.85% rate of the total payment received. You will be invoiced for the charge that will be only paid by check, money-orders, and/or cash.*

4) Client understands and agrees that any balance remaining ninety days after demand shall be charged interest at the annual percentage rate of twelve percent per annum.

5) Client agrees that venue for any dispute arising under this agreement shall be Westmoreland County Pennsylvania and that such dispute shall be referred promptly to the Westmoreland County Fee Dispute Committee.

6. Client elects to pay monthly payments via credit card and authorizes LAW CARE, or Attorney _____ to charge his/her credit card at least $_____ per month for any unpaid balances:

Credit Card: Type: _____ Expires: _____
Number: _____
Name on Card: _____

7) Client understands and consents to Attorney _Colecchia_'s withdrawal from representation if the bill becomes over one hundred and twenty days overdue after demand.

8) Client agrees to pay a *non-refundable* $25.00 fee for all returned checks.

9) Other:_____

_____

_____

_____

10) **Client acknowledges receipt of a signed copy of this agreement.**

11) **All retainers are *non-refundable*.**

Consenting:                                  Consenting:

_____          *[signature]*
Attorney                                     Client

                                             SSN:  -5995

324 South Maple Ave., Greensburg, PA 15601-3219
724-837-2320 or 1-888-LAW-CARE Fax: 724-837-0602
www.lawcaresouthwesternpaattorneys.com  Email: colecchia542@comcast.net