UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jacqueline Ann Graham, | Bankruptcy No. 17-21808 CMB |
| | Chapter 13 |
| Debtors, | Related to Docket Document No. 8, 12 |
| Jacqueline Ann Graham and Ronda Winnecour, Chapter 13 Trustee xxx-xx-8998 | Docket Document No. 15 |
| Movants, | Wage attachment Motion WO-1 |
| V. | |
| Dell Moser Lane & Loughney, LLC, | |
| Respondent, | |

**CERTIFICATE OF SERVICE**:

**Ex-Parte Order to Pay Trustee Pursuant to Wage Attachment at Doc 12, PAWB Form 12 and this COS**
I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  May 12, 2017 was:  **Prepaid United States First Class Mail containing a request for return of service address**

**Service by First Class Mail**:

Dell Moser Lane & Loughney LLC
112 Washington Place
Pittsburgh, PA 15219

Jacqueline Graham
2066 Guinevere St.
North Huntingdon, PA 15642

**Date**: May 12, 2017         /s/David A. Colecchia
                               David A. Colecchia, Esquire
                               Law Care, David A. Colecchia and Associates
                               324 S. Maple Ave
                               Greensburg, PA 15601
                               PA ID. 71830
                               TEL: 724-837-2320
                               FAX: 724-837-0602
                               dcolecchia@my-lawyers.us