**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−21808−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Jacqueline Ann Graham
   2066 Guinevere Drive
   Irwin, PA 15642

Social Security No.:
   xxx−xx−8998

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| David A. Colecchia<br>Law Care<br>324 South Maple Avenue<br>Greensburg, PA 15601−3219<br>Telephone number: 724−837−2320 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 7, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>August 7, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/30/17

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21808-CMB
Jacqueline Ann Graham                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1          Date Rcvd: Jun 30, 2017
                              Form ID: rsc13          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
db          +Jacqueline Ann Graham,    2066 Guinevere Drive,    Irwin, PA 15642-4410
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14413107     The Secretary of Housing and Urban,    Development,    The Wannamaker Building,
              100 Penn Square East,    Philadelphia, PA 19107-3380
14423251    +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2017 01:35:18      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14413104     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 01 2017 01:35:51      Jefferson Capital Systems, LLC,
              16 Mcleland Road,    Saint Cloud, MN 56303
14413106    +E-mail/Text: bkdepartment@rtresolutions.com Jul 01 2017 01:35:47      Real Time Resolutions,
              Attn: Bankruptcy,    P. O. Box 36655,    Dallas, TX 75235-1655
14519223    +E-mail/Text: bankruptcy@huntington.com Jul 01 2017 01:35:26      The Huntington National Bank,
              PO Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
14413105     Kirk Graham
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor Jacqueline Ann Graham colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creteditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 5