IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jacqueline Ann Graham<br>　　　　　　　　Debtors,<br>Jacqueline Ann Graham,<br><br>　　　　　　Movants,<br><br>V.<br><br>Bank of America, N.A. and Chapter 13 Trustee, Ronda J. Winnecour<br><br>　　　　　　Respondents, | Case No 17-21808 CMB<br><br>Chapter 13<br><br>Related to Document No. 30<br><br>Document No. 31 |

## CERTIFICATE OF SERVICE

　　　　I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 22, 2017, I served a copy of the *Loss Mitigation Order* at DOC 30 and this *COS* by Prepaid United States First Class Mail with Return Service Requested and by Electronic Service to the following people:

**Parties served by Prepaid United States First Class mail:**

| | |
|---|---|
| Jacqueline Ann Graham<br>2066 Guinevere Drvie<br>Irwin, PA 15642 | Bank of America, N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 |

**Parties served by Electronic Service through ECF:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

James C. Warmbrodt, Attorney for Bank of America, jwarmbrodt@kmllawgroup.com

| | |
|---|---|
| Executed on August 22, 2017 | /s/David A. Colecchia, Esquire<br>David A. Colecchia, Esquire,<br>324 South Maple Avenue,<br>Greensburg, PA 15601-3219,<br>PA I.D. 71830<br>colecchia542@comcast.net<br>724-837-2320<br>724-837-8602 (fax) |