IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.   17-21808-CMB |
| Jacqueline Ann Graham | ) | Chapter 13 |
| Debtors | ) | |
| Jacqueline Ann Graham | ) | |
| Movant | ) | Related to Document No. 24, 30 |
| v. | ) | |
| Bank of America, N.A. and Chapter 13 Trustee, Ronda J. Winnecour, Respondent | ) | |

## AMENDMENT TO LOSS MITIGATION ORDER

A Loss Mitigation Order was entered in the above-captioned matter on August 21, 2017.  It appearing that the LMP Period was incorrectly computed, it is hereby ORDERED on this 31st day of August, 2017, that paragraph (7) of the Loss Mitigation Order is amended to correct the LMP Period.  The LMP Period shall be one hundred twenty (120) days from the entry of the Loss Mitigation Order, ie. December 19, 2017 unless extended pursuant to *W.PA.LBR 9020-5(b)*.  The Loss Mitigation Order dated August 21, 2017 shall otherwise remain in full force and effect.

Carlota M. Böhm
U.S. Bankruptcy Judge

kmt

FILED
8/31/17 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jacqueline Ann Graham
    Debtor

Case No. 17-21808-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: kthe  Page 1 of 1  Date Rcvd: Aug 31, 2017
                    Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db        +Jacqueline Ann Graham,    2066 Guinevere Drive,    Irwin, PA 15642-4410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
      David A. Colecchia    on behalf of Debtor Jacqueline Ann Graham colecchia542@comcast.net,
       dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                              TOTAL: 5