# MINUTES OF CHAPTER 13 §341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Graham_____ JAD/TPA/**CMB**/GLT

Case Number: __17-21808__

Date of Meeting: __9__/__18__/__17__  Recording # __11__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Colecchia_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __4/20/17__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Debtor's salary $46,200

Debtor married — last saw 4 yrs ago — lives in different state

(Nominal unsecured creditor)

LMP case

Need 2016 return — on extension

Debtor to produce original W-2 for 2016 taxes or original W-2

FILED 2017 SEP 21 P 2:40 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ___ Final __✓__ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
 ___ 341 Meeting OR __✓__ Conciliation Conf. OR ___ *Contested Hearing
 On __12/21/17__ at __2:00__ am/**pm** Location _____

_____
Chapter 13 Trustee/Attorney for Trustee