# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | JACQUELINE ANN GRAHAM |
| Case Number: | 17-21808-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 21, 2017  02:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/27/17 5:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#10 - Final Confirmation of Plan Dated 4/20/2017 (NFC)
R / M #: 10 / 0

*Appearances:*   Schantz

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 1/17/18 at 11 AM.
10. _____ Other:

Per PA RW 2013-2016
returns unfiled
At a minimum, the 2016 federal
return is unfiled.

12/14/2017  8:02:48AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jacqueline Ann Graham  
      Debtor

Case No. 17-21808-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Dec 27, 2017  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.  
db          +Jacqueline Ann Graham,   2066 Guinevere Drive,   Irwin, PA 15642-4410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:  
      David A. Colecchia    on behalf of Debtor Jacqueline Ann Graham colecchia542@comcast.net,  
       dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
      James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Kevin Scott Frankel    on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                        TOTAL: 6