# PROCEEDING MEMO

**Date:** 05/04/2018 11:00 am

**In re:** Jacqueline Ann Graham

**Bankruptcy No.** 17-21808-CMB
**Chapter:** 13
**Doc. #** 10

**Appearances:**

**Movant(s):** ~~Winnecour / Pail / Katz /~~ DeSimone

**Respondent(s):** ~~David A. Colecchia;~~ Justin Schantz for Debtor

**Creditor(s):**

**Nature of Proceeding:** Continued Contested Plan Hearing re: Plan Dated 4/20/2017

**Additional Pleadings:** #43 Conciliation Minutes; #23 Objection to Confirmation by Bank of America

**Judge's Notes:**

**Outcome:**

Per Mr. Schantz, they received a copy of the most recent tax return. There have not been any additional payments and has not heard whether Debtor found new employment. Based on the fact that the PA Tax returns are outstanding, trustee has no objection to dismissal. There are 48 months remaining in plan. Per Debtor's counsel, one last shot would make sense and is willing to file an affidavit about the missing tax returns. Affidavit re: tax returns due in 30 days. If amended plan necessary, it should be filed. Cont'd to June 20, 2018 at 10:00. Court will dismiss case then, unless tax returns filed and arrears addressed.

____Motion is GRANTED____Order Entered
____Motion is DENIED____Order entered
____Motion WITHDRAWN
____Motion is DISMISSED____Order entered
____Reschedule for Proper Service
____Case DISMISSED____Order entered
____Parties to submit Order/Settlement/Stipulation by____days
____CONTINUED MATTER:____for at least____days (Court to Issue Order)
____ISSUE EVIDENTIARY HEARING NOTCE
____Discovery time needed____days
____Briefs to be filed:    Movant(s) brief due____days
                          Respondent(s) brief due____days
                          Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
5/4/18 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21808-CMB
Jacqueline Ann Graham                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: May 04, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              +Jacqueline Ann Graham,    2066 Guinevere Drive,    Irwin, PA 15642-4410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor Jacqueline Ann Graham colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6