# PROCEEDING MEMO

Date: 06/20/2018 10:00 am

In re: Jacqueline Ann Graham

Bankruptcy No. 17-21808-CMB
Chapter: 13
Doc. # 10

**Appearances:**

Movant(s):    ~~Winnecour / Pail / Katz /~~ DeSimone

Respondent(s):    David A. Colecchia;    *Michael Geisler* ~~Justin Schantz~~
                  for Debtors            for Carrington Mortgage

Creditor(s):

Nature of Proceeding:    Continued Contested Plan Hearing re: Plan Dated 4/20/2017

**Additional Pleadings:** #43 Conciliation Minutes; #23 Objection to Confirmation by Bank of America; #54 Objection to Confirmation by Carrington Mortgage Services LLC

**Judge's Notes:** Per Ch. 13 trustee, tax returns were not filed. Debtor's counsel indicates that this return was filed, but state tax returns have been missing and he has them with him today. Debtor's counsel will be seeking LMP. Payments are being made.

**Outcome:**

____Motion is GRANTED____Order Entered    Conciliation scheduled for July 26, 2018 at 11:00.

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
6/21/18 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-21808-CMB
Jacqueline Ann Graham                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1           Date Rcvd: Jun 21, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
```
db             +Jacqueline Ann Graham,    2066 Guinevere Drive,    Irwin, PA 15642-4410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
              David A. Colecchia    on behalf of Debtor Jacqueline Ann Graham colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6
```