# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | JACQUELINE ANN GRAHAM |
| Case Number: | 17-21808-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 26, 2018 11:00 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/30/18 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#10 - Continued Confirmation of Plan Dated 4/20/2017 (NFC)
R / M #:   10 / 0

*Appearances:*                                                                    PLEASE SUBMIT CONFIRMATION ORDER

Debtor: Schintz
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: Carrington Mortgage - Pekarshil

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

341 closed