UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jacqueline Ann Graham, | Bankruptcy No. 17-21808 CMB |
| | Chapter 13 |
| Debtors, | Related to Docket Document No. 59, 60, 61 |
| Jacqueline Ann Graham and Ronda Winnecour, Chapter 13Trustee | Docket Document No. 62 |
| xxx-xx-8998 | |
| Movants, | Wage attachment Motion WO-1 |
| V. | |
| Dell Moser Lane & Loughney, LLC, | |
| Respondent, | |

CERTIFICATE OF SERVICE:

**Ex-Parte Order to Pay Trustee Pursuant to Wage Attachment at Doc 61, Form 12 and this COS** I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  August 1,2018  was:  **Prepaid United States First Class Mail containing a request for return of service address**

**Service by First Class Mail**:

Dell Moser Lane & Loughney LLC
Attn: Payroll Manager
112 Washington Place
Pittsburgh, PA 15219

Jacqueline Graham
2066 Guinevere Dr.
Irwin, PA 15642

**Date**: August 1, 2018          /s/David A. Colecchia
                                  David A. Colecchia, Esquire
                                  Law Care, David A. Colecchia and Associates
                                  324 S. Maple Ave
                                  Greensburg, PA 15601
                                  PA ID. 71830
                                  TEL: 724-837-2320
                                  FAX: 724-837-0602
                                  dcolecchia@my-lawyers.us