IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jacqueline Ann Graham,<br>                          Debtor,<br><br>Jacqueline Ann Graham,<br>                 Movant,<br>     v.<br>No Respondents, | Bankruptcy No. 17-21808-CMB<br><br>Chapter 13<br><br>Related to Document No.68-1<br>Docket Document No. 69 |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the   26th   day of   April 2019, I served a copy of the Motion to Extend Time to Respond to the Chapter 13 Trustee's Certificate of Default, a proposed Order and this COS on the following at:

 Notice by electronic transmission was sent to the following persons/entities

David A. Colecchia on behalf of Debtor Jacqueline Ann Graham
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel on behalf of Creditor Carrington Mortgage Services, LLC, et al.
pabk@logs.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com


EXECUTED ON: April 26, 2019          /s/, David A. Colecchia, Esquire
                                     David A. Colecchia & Associates
                                     Law Care
                                     324 S. Maple Ave.
                                     Greensburg, PA 15601
                                     724-837-2320
                                     PA ID 71830
                                      colecchia542@comcast.net