**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JACQUELINE ANN GRAHAM <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:17-21808 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 04/28/2017 and confirmed on 09/25/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,470.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,470.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,289.87 | |
| Trustee Fee | 589.09 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,878.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** <br> Acct: 6912 | 0.00 | 9,591.04 | 0.00 | 9,591.04 |
| BANK OF AMERICA NA** <br> Acct: 6912 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** <br> Acct: 6912 | 11,211.98 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD** <br> Acct: 0407 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 9,591.04 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JACQUELINE ANN GRAHAM <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW CARE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ <br> Acct: | 7,310.00 | 3,289.87 | 0.00 | 0.00 |

| 17-21808 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9003 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VA(<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 3347 | 1,633.49 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                                         9,591.04

TOTAL CLAIMED
PRIORITY              0.00
SECURED           11,211.98
UNSECURED          1.633.49

Date: 07/08/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com